[No. 20931–1–I.   Division One.   April 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. LANCE A. YOHANNAN, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 87–1–00033–1, David A. Nichols, J., entered July 15, 1987. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman, C.J., and Winsor, J.

[No. 22948–6–I.   Division One.   April 17, 1989.]

DANIEL EKLUND, *Appellant,* v. JAMES PEELER, ET AL, *Defendants,* THE DARRINGTON BLUEGRASS FESTIVAL COMMITTEE, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–2–02273–4, Joseph A. Thibodeau, J., entered June 16, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield and Webster, JJ.

[Nos. 19429–1–I; 19430–5–I.   Division One.   April 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL LEE HAGEN, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL LEE HAGEN, *Defendant,* PEGGY LOU LYNCH, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 86–1–01110–9, James J. Dore, J., entered October 17, 1986. *Affirmed in part* and *reversed in part* as to cause 19429–1–I and *reversed* as to cause 19430–5–I by unpublished opinion per Grosse, A.C.J., concurred in by Scholfield and Winsor, JJ. Now published at 55 Wn. App. 494.